| | | | |
|---|---|---|---|
| Case No. | **CV 16-7315-DMG (SSx)** | Date | June 5, 2017 |

| | |
|---|---|
| Title | *Nalin Atapattu v. Hartford Life and Accident Insurance Company, et al.* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

      In light of the parties' stipulation for dismissal with prejudice filed on June 2, 2017 [Doc. # 24], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties bear their own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.